# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STEPHEN WOODARD,
    Plaintiff,

Case No. 8:10-cv-2878-T-26TBM

v.

ALLIED INTERSTATE, INC.,
    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, STEPHEN WOODARD, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully submitted,

    s/ G. Donald Golden
    G. DONALD GOLDEN, ESQUIRE
    Florida Bar No. 0137080
    E-Mail: don@brandonlawyer.com
    JOSEPH B. BATTAGLIA, ESQUIRE
    Florida Bar No. 0058199
    E-Mail: joe@brandonlawyer.com
    DAVID S. BROMLEY, ESQUIRE
    Florida Bar No. 0155349
    E-Mail: david@brandonlawyer.com
    THE GOLDEN LAW GROUP
    808-A Oakfield Drive
    Brandon, Florida  33511
    Telephone:  (813) 413-8700
    Facsimile:   (813) 413-8701
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I **HEREBY CERTIFY** that a true and correct copy of the foregoing **NOTICE OF PENDING SETTLEMENT** has been provided via regular U.S. mail, postage prepaid, or electronically, to the following: on this ___28th___ day of _January_ , 2011.

Allied Interstate, Inc.
ATTN: Matthew Johnson, Esq.
Vice President, Legal
335 Madison Ave., 27th Floor
New York, NY  10017

                                              s/ G. Donald Golden
                                      G. DONALD GOLDEN, ESQUIRE
                                      JOSEPH B. BATTAGLIA, ESQUIRE
                                      DAVID S. BROMLEY, ESQUIRE
                                      THE GOLDEN LAW GROUP