UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN WOODARD,
    Plaintiff,

Case No. 8:10-cv-2878-T-26TBM

v.

ALLIED INTERSTATE, INC.,
    Defendant.
_____/

### Plaintiff's Notice of Voluntary Dismissal with Prejudice

COMES NOW the Plaintiff, STEPHEN WOODARD, through and by his undersigned attorney, voluntarily discontinues the above entitled action and dismisses the Complaint with prejudice.


Dated:   February 28, 2011           Respectfully submitted,


                                                  /s/ G. Donald Golden
                                        G. DONALD GOLDEN, ESQUIRE
                                        Florida Bar No. 0137080
                                        E-Mail: joe@brandonlawyer.com
                                        DAVID S. BROMLEY, ESQUIRE
                                        Florida Bar No. 0155349
                                        E-Mail: david@brandonlawyer.com
                                        THE GOLDEN LAW GROUP
                                        808-A Oakfield Drive
                                        Brandon, Florida  33511
                                        Telephone: (813) 413-8700
                                        Facsimile:  (813) 413-8701
                                        Attorneys for Plaintiff